People v Rivera-Morris (2022 NY Slip Op 00140)





People v Rivera-Morris


2022 NY Slip Op 00140


Decided on January 11, 2022


Appellate Division, First Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered: January 11, 2022

Before: Gische, J.P., Kern, Friedman, Oing, Singh, JJ. 


Ind. No. 1476/19 Appeal No. 15037 Case No. 2020-03695 

[*1]The People of the State of New York, Respondent,
v
Roberto Rivera-Morris, Defendant-Appellant.


Robert S. Dean, Center for Appellate Litigation, New York (John L. Palmer of counsel), for appellant.
Cyrus R. Vance, Jr., District Attorney, New York (Vincent Rivellese of counsel), for respondent.



Order, Supreme Court, New York County (Melissa C. Jackson, J.), entered on or about July 13, 2020, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.
The court providently exercised its discretion when it declined to grant a downward departure (see People v Gillotti, 23 NY3d 841 [2014]). The underlying crimes and defendant's criminal history indicate a high risk of reoffense, and none of the
factors he cites warrant a downward departure. THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 11, 2022